```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                      TAMPA DIVISION

UNITED STATES OF AMERICA,

         Petitioner,
v.                                 Case No. 8:12-mc-121-T-33EAJ

BORIS R. ERICKSON,

         Respondent.
_____/
```

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Elizabeth A. Jenkins's Report and Recommendation (Doc. # 8), filed on November 28, 2012, recommending that the Government's Petition to Enforce Internal Revenue Service Summons (Doc. # 1) be granted.

As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir.

1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

The Clerk is directed to enter a final judgment in favor of the Government and, thereafter, close this case, consistent with the following directives.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 8) is **ACCEPTED** and **ADOPTED.**

(2) The Government's Petition to Enforce Internal Revenue Service Summons (Doc. # 1) is **GRANTED**.

(3) Respondent is directed to comply as provided in the relevant summons.  Specifically, Respondent shall appear

-2-

before Revenue Officer John W. Shatraw or any other designated officer of the Internal Revenue Service, at the date, time, and place hereafter fixed by Revenue Officer Shatraw, or his designee, to give testimony and produce for examination and copying the books, records, papers, and other data as demanded by the relevant summons.

(4) Failure to timely and completely comply with the terms of this Order may lead to the initiation of contempt proceedings.

(5) The Clerk is directed to enter a final judgment in favor of the Government and, thereafter, **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>7th</u> day of January, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record

-3-