# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

    Petitioner,

-vs-                                                Case No.  8:12-mc-121-T-33EAJ

**BORIS R. ERICKSON**

    Respondent.
_____/

## FINAL JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that final judgment is entered in favor of the Petitioner.


Date:   January 7, 2013

                                        SHERYL L. LOESCH, CLERK


                                        By: L. Del Rio, Deputy Clerk


Copies furnished to:

Counsel of Record
Unrepresented Parties