```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                      TAMPA DIVISION
```

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              Case No.  8:12-mc-121-T-33EAJ

BORIS R. ERICKSON,

      Defendant.
_____/

### ORDER

This cause is before the Court pursuant to Boris R. Erickson's "Notice of Constitutional Challenge to Statu[t]e and Motion to Intervene" (Doc. # 43), which was filed on September 17, 2014.  For the reasons that follow, Erickson's Motion is denied.

### Discussion

Erickson's Motion is denied because it fails to comply with the Court's Local Rules.  Local Rule 3.0(1)(a) states: "In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request."

Here, the title of the Motion suggests that Erickson challenges a statute and seeks to intervene in a case or cause.  However, the substance of the Motion sheds no light on these subjects.  Rather, the Motion contains a list of federal

statutes and rules that is not accompanied by a legal memorandum. The Motion is devoid of analysis and contains no discussion of the relief requested. Erickson's compilation of various statutes and rules is not accompanied by any explanation of how these authorities impact this case or any relief he may be seeking from the Court.

In addition, it should be noted that Erickson's Motion lacks a good faith certificate, which is required by Local Rule 3.01(g), M.D. Fla. The Court recognizes the special duty it owes to individuals appearing pro se, and notes that it has carefully and liberally construed Erickson's filing. See Tannenbaum v. United States, 148 F.3d 1262, 1263 (11th Cir. 1998). Nevertheless, the Court determines that it is appropriate to deny the Motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Boris R. Erickson's "Notice of Constitutional Challenge to Statu[t]e and Motion to Intervene" (Doc. # 43) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of September, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record