```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

UNITED STATES OF AMERICA,

    Petitioner,

v.                        Case No. 8:12-mc-121-T-33EAJ

BORIS R. ERICKSON,

    Respondent.
_____/

### ORDER

This cause is before the Court pursuant to United States of America's Notice that Respondent has Purged Himself of his Civil Contempt, filed on March 17, 2015. (Doc. # 89). The Court found Erickson in contempt on January 30, 2015. (Doc. # 76). After Erickson failed to purge himself of the contempt, the Court issued a warrant for his arrest on March 2, 2015. (Doc. # 86).

At this juncture, as Erickson has complied with the relevant Internal Revenue Summons, and upon the Government's Notice, the Court authorizes Erickson's immediate release from custody.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>17th</u> day of March, 2015.

                                              VIRGINIA M. HERNANDEZ COVINGTON
                                              UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record

Erickson

United States Marshal Service